UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-10003-FLA (SP) | Date | October 13, 2023 |
|---|---|---|---|
| Title | HORACIO PADILLA v. L.A. COUNTY JAIL | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

None Appearing                                           None Appearing

**Proceedings:**   **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On December 29, 2021, plaintiff Horacio Padilla, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. His complaint alleges that he was misclassified up on intake, which led to his being attacked by other inmates. On July 3, 2023, this court, having completed screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by August 2, 2023. The court also instructed plaintiff he could notify the court by August 2, 2023 that he intended to stand on the complaint without amendment. More than two months having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 3, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 3, 2023.

If plaintiff files a First Amended Complaint by **November 3, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.