J6-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO PADILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L.A. COUNTY JAIL,<br><br>　　　　　Defendant. | Case No. 2:21-cv-10003-FLA (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Summarily Dismissing Action for Failure to Prosecute,

　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: March 4, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　United States District Judge